**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **MARVIN DWAYNE JONES, 759361,** § | |
| Petitioner, § | |
| § | No. 3:08-CV-1377-D |
| **v.** § | |
| § | |
| **NATHANIEL QUARTERMAN,** § | |
| **DIRECTOR, TDCJ-CID,** § | |
| Respondent. § | |

## ORDER

After conducting a *de novo* review, the court holds that the findings, conclusions, and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

April 9, 2009.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE